■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PICKETT, Appellant. [666 NYS2d 420] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered September 26, 1995, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Since defendant failed to advance before the trial court his present arguments concerning the court's disallowance of a defense peremptory challenge, such claims are unpreserved for appellate review and we decline to review them in the interest of justice. Were we to review them, we would find, from the totality of the record, that the trial court properly followed the protocols required by *Batson v Kentucky* (476 US 79), and correctly concluded that the reasons provided by defense counsel for exercising a peremptory challenge were pretextual (*see, People v Hernandez*, 75 NY2d 350, *affd* 500 US 352; *People v Warwick*, 239 AD2d 124, *lv denied* 90 NY2d 865). Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Mazzarelli, JJ.

■ In the Matter of MARVIN S., a Person Alleged to be a Juvenile Delinquent, Appellant. [666 NYS2d 419] —Order of disposition, Family Court, Bronx County (Terrance McElrath, J.), entered on or about November 20, 1996, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of petit larceny and criminal possession of stolen property in the fifth degree, and placed him on probation for a period of 15 months, unanimously affirmed, without costs.

The court's findings were based on legally sufficient evidence and were not against the weight of the evidence. Issues of credibility were properly placed before the Family Court and we find no basis to disturb its resolution of those issues. Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Mazzarelli, JJ.